IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 4 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| KRISTA SALDANA, Individually and as Representative of the ESTATE OF DAVID SALDANA and as Next Friend of JAGGER SALDANA § § § § § § Plaintiffs § § v. § § ITT INDUSTRIES, SIKORSKY § AIRCRAFT CORPORATION, a Subsidiary § of UNITED TECHNOLOGIES § CORPORATION, the ESTATE OF LT. COL. § MARC LEE HOHLE and the ESTATE OF § CAPTAIN MATTHEW BRENT THOMAS § § Defendants § | Civil Action No.: B-00-176 |

### DEFENDANT SIKORSKY AIRCRAFT CORPORATION, A SUBSIDIARY OF UNITED TECHNOLOGIES CORPORATION'S CONSENT TO REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Sikorsky Aircraft Corporation, a Subsidiary of United Technologies Corporation, Defendant herein, hereby consent to the removal of this case by ITT Industries from the 357th Judicial District Court of Cameron County, Texas, where it was pending under Cause No. 2000-09-3752-E, to this Honorable Court, the United States District Court for the Southern District of Texas, Brownsville Division.

Signed on this the _9th_ day of November, 2000.

---

**Defendant Sikorsky Aircraft Corporation, a Subsidiary of United Technologies Corporation's Consent to Removal**

Page 1

EXHIBIT "H"

Respectfully submitted,

Robert F. Ruckman
State Bar No. 17367000
Katherine A. Staton
State Bar No. 02815650
**JACKSON WALKER LLP**
901 Main Street, Suite 6000
Dallas, Texas 75202
Tel.: (214) 953-6000
Fax: (214) 953-5822

James L. Walker
State Bar No. 20708500
**JACKSON WALKER LLP**
112 E. Pecan, Suite 2100
San Antonio, Texas 78205-3738
Tel.: (210) 978-7700
Fax: (210) 978-7790

ATTORNEYS FOR DEFENDANT
SIKORSKY AIRCRAFT CORPORATION,
A SUBSIDIARY OF UNITED
TECHNOLOGIES CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify this __13th__ day of November, 2000, a true and exact copy of the foregoing *Defendant Sikorsky Aircraft Corporation, a Subsidiary of United Technologies Corporation's Consent to Removal* has been forwarded to all counsel of record via facsimile transmission:

Ray R. Marchan
HARRIS & WATTS, P.C.
1928 E. Elizabeth
Brownsville, Texas 78520
ATTORNEY FOR PLAINTIFFS

and

Ron A. Sprague
GENDRY & SPRAGUE, P.C.
645 Lockhill Selma
San Antonio, TX 78216-5057
ATTORNEY FOR DEFENDANT ITT INDUSTRIES, INC.

_____
Ron A. Sprague