4

# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 4 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KRISTA SALDANA, Individually and as Representative of the ESTATE OF DAVID SALDANA and as Next Friend of JAGGER SALDANA | § § § § § | |
| Plaintiffs | § § | |
| v. | § § | Civil Action No. B-00-176 |
| ITT INDUSTRIES, SIKORSKY AIRCRAFT CORPORATION, a Subsidiary of UNITED TECHNOLOGIES CORPORATION, the ESTATE OF LT. COL. MARC LEE HOHLE and the ESTATE OF CAPTAIN MATTHEW BRENT THOMAS | § § § § § § § | |
| Defendants | § | |

## DESIGNATION OF INTERESTED ENTITIES

TO THE HONORABLE JUDGE OF SAID COURT:

In accordance with the Court's Order of November 15, 2000, the Defendant Sikorsky Aircraft Corporation, sued herein as "Sikorsky Aircraft Corporation, a subsidiary of United Technologies Corporation" ("Sikorsky"), one of the Defendants in the above-captioned cause files this its list of all entities that are financially interested in this litigation:

1. Sikorsky Aircraft Corporation
   6900 Main Street, Mail Stop: S334A
   Stratford, Connecticut 06601-1381

2. United Technologies Corporation (parent of Sikorsky Aircraft Corporation)
   1 Financial Plaza
   Hartford, Connecticut 06103

Respectfully submitted,

JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
(214) 953-5822 - Telecopier

By: _____
Robert F. Ruckman
State Bar No. 17367000
Katherine A. Staton
State Bar No. 02815650

James L. Walker
State Bar No. 20708500
JACKSON WALKER L.L.P.
112 E. Pecan, Suite 2100
San Antonio, Texas 78205-3738
(210) 978-7700
(210) 978-7790 - Fax

ATTORNEYS FOR DEFENDANT
SIKORSKY AIRCRAFT CORPORATION,
A SUBSIDIARY OF UNITED
TECHNOLOGIES CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December, 2000, a true and correct copy of *Designation of Interested Entities* was served on all counsel of record:

***VIA FACSIMILE***
Ray R. Marchan
HARRIS & WATTS, P.C.
1928 E. Elizabeth
Brownsville, Texas 78520
**ATTORNEY FOR PLAINTIFFS**

and

***VIA FACSIMILE***
Ron A. Sprague
GENDRY & SPRAGUE, P.C.
645 Lockhill Selma
San Antonio, TX 78216-5057
**ATTORNEY FOR ITT INDUSTRIES, INC.**

Robert F. Ruckman