IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 4 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KRISTA SALDANA, INDIVIDUALLY | § | |
| AND AS REPRESENTATIVE OF | § | |
| THE ESTATE OF DAVID SALDANA | § | |
| AND AS NEXT FRIEND OF JAGGER | § | |
| SALDANA | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | Civil Action No.: B-00-176 |
| | § | |
| ITT INDUSTRIES, INC., SIKORSKY | § | |
| AIRCRAFT CORPORATION, A | § | |
| SUBSIDIARY OF UNITED | § | |
| TECHNOLOGIES CORPORATION, | § | |
| THE ESTATE OF LT. COL. MARC | § | |
| LEE HOHLE AND THE ESTATE OF | § | |
| CAPTAIN MATTHEW BRENT THOMAS | § | |
| | § | |
| Defendants | § | |

## DEFENDANT ITT INDUSTRIES, INC.'S
## CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

ITT INDUSTRIES, INC., Defendant in the above entitled and numbered cause, certifies that the following listed persons have an interest in the outcome of this case in accordance with the Court's Order Setting Conference:

1.  Krista Saldana, Individually and as Representative of the Estate of David Saldana and as Next Friend of Jagger Saldana, Plaintiff

2.  ITT Industries, Inc., Defendant

3. <u>Sikorsky Aircraft Corporation</u>, a Subsidiary of United Technologies Corporation, Defendant

4. Estate of Lt. Col. Marc Lee Hohle, Defendant

5. Estate of Captain Matthew Brent Thomas, Defendant

6. <u>United States Aviation Underwriters, Inc.</u>

7. <u>United States Aviation Insurance Group, Inc.</u>

8. <u>Associated Aviation Underwriters, Inc.</u>

9. The law firms involved in this case:

   a. Harris & Watts, P.C.
      (Attorneys for Plaintiff)

   b. Gendry & Sprague, P.C.
      (Attorneys for ITT Industries, Inc.)

   c. Jackson Walker L.L.P.
      (Attorneys for Sikorsky Aircraft Corporation, a Subsidiary of United Technologies Corporation)

   d. U. S. Attorney's Office in Galveston will represent the Estates of Lt. Col. Marc Lee Hohle and Captain Matthew Brent Thomas if, and when, they are served

                    Respectfully submitted,

                    GENDRY & SPRAGUE, P.C.
                    645 Lockhill Selma
                    San Antonio, Texas 78216-5707
                    Telephone: (210) 349-0511
                    Facsimile: (210) 349-2760

          By:       _____
                    RON A. SPRAGUE
                    State Bar No. 18962100
                         # 151
          ATTORNEYS FOR DEFENDANT
          ITT INDUSTRIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading was mailed, certified mail, return receipt requested, to Mr. Ray Marchan, Harris & Watts, P.C., 1926 E. Elizabeth, Brownsville, Texas 78520, and by regular mail to Mr. Robert F. Ruckman, Jackson Walker, L.L.P., 901 Main Street, Suite 6000, Dallas, Texas 75202, on this 1st day of December, 2000.

RON A. SPRAGUE

r:\ras\saldana\intparty