United States District Court
Southern District of Texas
FILED

DEC 0 6 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES OF AMERICA
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| KRISTA SALDANA, INDIVIDUALLY § <br> AND AS REPRESENTATIVE OF THE § <br> ESTATE OF DAVID SALDANA AND AS § <br> NEXT FRIEND OF JAGGER SALDANA § <br> § <br> VS. § <br> § <br> ITT INDUSTRIES, SIKORSKY AIRCRAFT § <br> CORPORATION, A SUBSIDIARY OF § <br> UNITED TECHNOLOGIES CORPORATION, § <br> THE ESTATE OF LT. COL. MARC LEE § <br> HOHLE AND THE ESTATE OF CAPTAIN § <br> MATTHEW BRENT THOMAS § | CIVIL ACTION NO. B-00-176 |

**PLEA IN INTERVENTION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MELQUIADES SALDANA and AURELIA SALDANA, hereinafter called Intervenors, file this plea in intervention and would show cause as follows:

I.

PARTIES

1. Intervenor, Melquiades Saldana is the surviving father of the Decedent, David Saldana, and a legal heir under Texas law. His place of residence is 594 San Pablo Lane, Brownsville, Texas.

2. Intervenor, Aurelia Saldana is the surviving mother of the Decedent, David Saldana, and a legal heir under Texas law. Her place of residence is 594 San Pablo Lane, Brownsville, Texas.

3. Plaintiffs', Krista Saldana, Individually and as Representative of the Estate of David Saldana and as Next Friend of Jagger Saldana are the plaintiffs who have sued ITT INDUSTRIES, SIKORSKY AIRCRAFT CORPORATION A SUBSIDIARY OF UNITED TECHNOLOGIES

CORPORATION, THE ESTATE OF LT. COL. MARC HOHLE AND THE ESTATE OF CAPTAIN MATTHEW BRENT THOMAS.

4. Defendant I.T.T. Industries, is a business or corporation authorized to do business in the State of Texas and may be served with process at I.T.T. Industries, 33 Centerville Road, Lancaster, Pennsylvania, 17603.

5. Defendant SIKORSKY AIRCRAFT CORPORATION a subsidiary of UNITED TECHNOLOGIES CORPORATION is a corporation duly authorized to conduct business in the State of Texas, by serving its agent for service CT Corporation Systems, 1021 Main Street, Ste. 1150, Houston, Texas 77002.

6. Defendant LT. COL. MARC LEE HOHLE was a citizen of the State of Texas and his estate may be served on Richard A. Hohle, at 2603 East Side Drive, Austin, Texas 78704.

7. Defendant THE ESTATE OF CAPTAIN MATTHEW BRENT THOMAS may be served with process at 1911 Dyer Court, Justin, California 92782.

II.

THE ORIGINAL LAWSUIT

On September 12, 2000, plaintiffs' sued defendants for the wrongful death of David Saldana.

III.

INTERVENOR'S CAUSES OF ACTION

A party may intervene as a plaintiff if it is asserting a claim which arises from the same transaction or occurrence and has a common question of law or fact with the original claim. *Tex.R.Civ.P.40; see Guaranty Fed. Sav. Bank v. Horseshoe Operating Co.*, 793 S.W.2d 652, 657 (Tex.1990); *E. & B Carpet Mils v. State*, 776 S.W.2d 286, 290 (Tex. App. - Austin 1989, writ dism'd).

Intervenor is pursuing through this Plea in Intervention a wrongful death cause of action arising from the wrongful death of their son David Saldana as alleged in Plaintiff's Original Petition.

Intervenors' causes of action are the same causes of action alleged in Plaintiff's Original Petition. Intervenors' claim arise from the same claims made in the original lawsuit.

## IV.

## CONDITIONS PRECEDENT

All conditions precedent have been performed or have occurred as required by Texas Rules of Civil Procedure.

## V.

## DAMAGES

Intervenors seek pre-judgment interest on money damages awarded to them, either in general damages or special damages plead herein, including, but not limited to, general damages, punitive damages, and reasonable attorney's fees.

WHEREFORE PREMISES CONSIDERED, Intervenors pray that the Defendants be cited to appear and answer herein; that upon trial of this cause, the Intervenors have and recover from the Defendants, judgment to compensate them for the injuries they suffered as a result of the "negligence", "negligence per se gross negligence, strict liability and/or malice of the Defendants. Intervenors seek compensatory damages and punitive damages as provided by the laws of the State of Texas for above described breaches in providing a defective Night Vision Goggle Systems and CH53-E helicopter and its component systems and, if appropriate, attorney's fees, as well as, prejudgment interest and post judgment interest thereon at the legal rate. Intervenors seek damages against the Defendants for costs of Court expended, and for such other and further relief, both general and special, at law or in equity, to which they may show themselves to be justly entitled.

Respectfully submitted,

Joe Valle
ATTORNEY AT LAW
1120 East Tenth Street
Brownsville, Texas 78520
Telephone No.: (956) 546-2629
Telecopier No.: (956) 542-4084

By: /s/ Joe Valle
    JOE VALLE
    State Bar No.: 20435450
    Federal ID: 11422