IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 1 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| KRISTA SALDANA, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF DAVID SALDANA AND AS NEXT FRIEND OF JAGGER SALDANA § § § § § § § VS. § § ITT INDUSTRIES, INC., SIKORSKY § AIRCRAFT CORPORATION, A § SUBSIDIARY OF UNITED § TECHNOLOGIES CORPORATION § THE ESTATE OF LT. COL. MARC § LEE HOHLE AND THE ESTATE OF § CAPTAIN MATTHEW BRENT THOMAS § | CIVIL ACTION NO. B-00-176 |

## PLAINTIFFS' MOTION TO REMAND

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs Krista Saldana, Individually and as the Representative of the Estate of David Saldana and as Next Friend of Jagger Saldana, file this motion to remand under Federal Rule of Civil Procedure 81(c), and in support thereof would respectfully show the court as follows:

A. Introduction

1. Plaintiffs filed suit in the 357th Judicial District Court of Cameron County, Texas which was assigned case number #2000-09-3752-E entitled:

> Krista Saldana, Individually and as the Representative of the
> Estate of David Saldana and as Next Friend of Jagger Saldana
>
> vs.
>
> ITT Industries, Inc., Sikorsky Aircraft Corporation, A
> Subsidiary of United Technologies Corporation,
> The Estate of Lt. Col. Marc Lee Hohle and
> The Estate of Captain Matthew Brent Thomas

Defendant ITT Industries, Inc. was served and received notice of the suit on October 30, 2000. Defendants filed its notice of removal on or about November 13, 2000.

### B. Nature of the Suit

2.  In Plaintiffs' Original Petition, plaintiffs allege injuries and damages resulting from the death of David Saldana. Plaintiffs' complaint was properly brought in State court because of the interests of the minor child Jagger Saldana, a resident of Cameron County, and the pending Estate of David Saldana as well as his surviving widow, Krista Saldana are in Cameron County, Texas. Additionally, one of the defendants is a citizen of the State of Texas.

### C. Basis for Remand

3.  The court does not have diversity question jurisdiction over this lawsuit as alleged by defendant in its Notice of Removal. Defendants removal is defective in that there exists a non-diverse party namely the Estate of Capt. Col. Mark Lee Hohle, a citizen of the State of Texas who was served on November 21, 2000. A copy of the return of service is attached hereto as Exhibit "A."

4.  Additionally, the court does not have jurisdiction over this lawsuit as alleged by this defendant on its notice of removal pursuant to a special removal statute cited as 28 U.S.C. Section 1442(a)(1). Defendants' removal is wrong and defective because such statute does not authorize removal of this suit by this defendant. That statute reads:

"Section 1442 Federal Officers or Agencies Sued or Prosecuted
    (a) A civil action ...commenced in a state court against any of the following may be removed **by them** (to the District Court o the United States for the District and division embracing the place wherein it is ... pending)
        (1) The United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, sued in an official or individual capacity for any act under color of such office...."

Defendant ITT Industries, Inc. failed to establish and cannot establish that it is a federal officer or agency and as the special removal statute that only a federal officer or agency may use such statute for removal.

5. Plaintiffs object and does not waive its right to object to any untimely notice of removal or consent to removal by any defendant.

6. The court should remand Plaintiffs suit to state court because defendant ITT Industries' Inc. Removal is procedurally defective. Therefore the defendant ITT Industries, Inc.'s attempts to remove the case to federal court has failed in carrying its burden of establishing the jurisdictional prerequisites for removal. *Allen v. R & H Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1995).

D.   Prayer

For these reasons, plaintiffs ask that the court grant the motion for remand, remand this case to the state court in which it was originally filed, and for such and other relief, both at law or in equity to which they may show themselves to be justly entitled to receive.

Respectfully submitted this the 11th day of December, 2000.

HARRIS & WATTS, P.C.
1926 E. Elizabeth
Brownsville, Texas 78520
Telephone No.: (956) 546-0333
Fascimile No.: (956) 541-0255

_____
Ray R. Marchan
For the Firm
Federal I.D. No. 9522
State Bar No. 12969050

## CERTIFICATE OF SERVICE

On this the ____11th____ day of December, 2000, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-delivery or by certified mail, return receipt requested.

_____
RAY R. MARCHAN

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| KRISTA SALDANA, INDIVIDUALLY §<br>AND AS THE REPRESENTATIVE OF §<br>THE ESTATE OF DAVID SALDANA §<br>AND AS NEXT FRIEND OF JAGGER §<br>SALDANA §<br>§<br>VS. §<br>§<br>ITT INDUSTRIES, INC., SIKORSKY §<br>AIRCRAFT CORPORATION, A §<br>SUBSIDIARY OF UNITED §<br>TECHNOLOGIES CORPORATION §<br>THE ESTATE OF LT. COL. MARC §<br>LEE HOHLE AND THE ESTATE OF §<br>CAPTAIN MATTHEW BRENT THOMAS § | CIVIL ACTION<br>NO. B-00-176 |

## CERTIFICATE OF CONFERENCE

On this the _11th_ day of December, 2000, a telephone call was placed to the following to inform them of the filing of Plaintiffs' Motion to Remand:

Mr. Ron A. Sprague, attorney for Defendant ITT Industries. Mr. Sprague indicated that he was opposed to Plaintiffs' Motion to Remand.

Mr. Robert F. Ruckman, attorney for Sikorsky Aircraft Corporation, A Subsidiary of United Technologies Corporation. Mr. Ruckman indicated that he was opposed to Plaintiffs' Motion to Remand.

Respectfully submitted this the _11th_ day of December, 2000.

HARRIS & WATTS, P.C.
1926 E. Elizabeth
Brownsville, Texas 78520
Telephone No.: (956) 546-0333
Fascimile No.: (956) 541-0255

_____
Ray R. Marchan
For the Firm
Federal I.D. No. 9522
State Bar No. 12969050

tation for Personal Service - **NON-RESIDENT NOTICE**    Lit. Seq. # 5.094.01

No. 2000-09-003752-E    **ORIGINAL**

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If ou or your attorney do not file a written answer with the clerk who issued this itation by 10:00 a.m. on the Monday next following the expiration of twenty ays after you were served this citation and petition, a default judgment may be iken against you.

O: THE ESTATE OF L. COL. MARK LEE HOHLE
MAY SERVED BY RICHARD L. HOHLE
2603 EAST SIDE DRIVE
AUSTIN, TEXAS 78704

he   DEFENDANT   , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

it or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 lays after the date of service of this citation before the Honorable District ourt 357th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said   PETITION   was filed on SEPTEMBER 12, 2000. A copy of same accompanies this citation.

The file number of said suit being No. 2000-09-003752-E.

The style of the case is:

KRISTA SALDANA, IND., ET AL
VS.
ITT INDUSTRIES, SIKORSKY AIRCRAFT CORP., ET AL

Said petition was filed in said court by   HON. RAY R. MARCHAN   (Attorney for   PLAINTIFF   ), whose address is 1926 E. ELIZABETH BROWNSVILLE, TEXAS 78520.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 12th day of SEPTEMBER, A.D. 2000.

AURORA DE LA GARZA, DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

By: _____, Deputy

## RETURN OF OFFICER

Came to hand the __3__ day of __November__, 2000, at __1050__ o'clock __A__.M., and executed (not executed) on the __21__ day of __November__, 2000,# by delivering to __Richard L Hohle__ _____ in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the __Plaintiff's Original Petition at 945__.

Cause of failure to execute this citation is: _____

FEES serving 1 copy

Total....... $ _____

Fees paid by: _____

Sheriff/Constable __Authorized Person__ County _____

By _____ Deputy

Norman Wiley

Aaron Detective Agency
1120 W. Anderson Ln, D-205
Austin, Texas 78752

# AT 9:45 PM AT 2603 Eastrior DR Austin, Travis TX 78704

Subscribed and sworn to before me this the ___ day of _November_ 2000

_____
Notary Public, State of Texas


RENAE WATERS
Notary Public, State of Texas
My Commission Expires
FEB. 27, 2003