IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KRISTA SALDANA, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF DAVID SALDANA AND AS NEXT FRIEND OF JAGGER SALDANA | § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-176 |
| ITT INDUSTRIES, INC., SIKORSKY AIRCRAFT CORPORATION, A SUBSIDIARY OF UNITED TECHNOLOGIES CORPORATION THE ESTATE OF LT. COL. MARC LEE HOHLE AND THE ESTATE OF CAPTAIN MATTHEW BRENT THOMAS | § § § § § § § | |

United States District Court
Southern District of Texas
FILED

DEC 18 2000

Michael N. Milby
Clerk of Court

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME, Plaintiffs in the above styled and numbered cause, by and through their attorney of record, Harris & Watts, P.C., and file this their list of interested parties as follows:

Plaintiffs Krista Saldana, Individually
and as the Representative of the Estate of David Saldana
and as next friend of Jagger Saldana
c/o Harris & Watts, P.C.
1926 E. Elizabeth
Brownsville, Texas 78520

Plaintiffs' counsel
Ray R. Marchan
Harris & Watts, P.C.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 546-0333
(956) 541-0255 FAX

Defendants:
Itt Industries, Inc.
Sikorsky Aircraft, A Subsidiary of United Technologies Corporation
The Estate of Lt. Col. Marc Lee Hohle
The Estate of Captain Matthew Brent Thomas

Defendants' Counsel who have appeared in this case:

Mr. Ron A. Sprague, Attorney for ITT Industries, Inc.
Gendry & Sprague, P.C.
645 Lockhill Selma
San Antonio, Texas 78216

Mr. Robert Ruckman, Attorney for Sikorsky
Jackson Walker, L.L.P.
901 Main Street, Ste 6000
Dallas, Texas 75202

Respectfully submitted this the ____12____ day of December, 2000.

HARRIS & WATTS, P.C.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 546-0333

_____
RAY R. MARCHAN
State Bar No. 12969050
Federal I.D. No. 9522

## CERTIFICATE OF SERVICE

On this the ____12____ day of December, 2000, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-delivery or by certified mail, return receipt requested.

_____
RAY R. MARCHAN