13

IN THE UNITED STATES OF AMERICA
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KRISTA SALDANA, INDIVIDUALLY | § | |
| AND AS REPRESENTATIVE OF THE | § | |
| ESTATE OF DAVID SALDANA AND AS | § | |
| NEXT FRIEND OF JAGGER SALDANA | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-00-176 |
| ITT INDUSTRIES, SIKORSKY AIRCRAFT | § | |
| CORPORATION, A SUBSIDIARY OF | § | |
| UNITED TECHNOLOGIES CORPORATION, | § | |
| THE ESTATE OF LT. COL. MARC LEE | § | |
| HOHLE AND THE ESTATE OF CAPTAIN | § | |
| MATTHEW BRENT THOMAS | § | |

## MOTION TO INTERVENE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MELQUIADES SALDANA and AURELIA SALDANA, hereinafter called Movants/Intervenors, file this Motion to Intervene and would show cause as follows:

I.

PARTIES

1. Movant/Intervenor, Melquiades Saldana is the surviving father of the Decedent, David Saldana, and a legal heir under Texas law. His place of residence is 594 San Pablo Lane, Brownsville, Texas.

2. Movant/Intervenor, Aurelia Saldana is the surviving mother of the Decedent, David Saldana, and a legal heir under Texas law. Her place of residence is 594 San Pablo Lane, Brownsville, Texas.

3. Plaintiffs', Krista Saldana, Individually and as Representative of the Estate of David

Saldana and as Next Friend of Jagger Saldana are the plaintiffs who have sued ITT INDUSTRIES, SIKORSKY AIRCRAFT CORPORATION A SUBSIDIARY OF UNITED TECHNOLOGIES CORPORATION, THE ESTATE OF LT. COL. MARC HOHLE AND THE ESTATE OF CAPTAIN MATTHEW BRENT THOMAS for the wrongful death of David Saldana.

4. Defendant I.T.T. Industries, is a business or corporation authorized to do business in the State of Texas and may be served with process at I.T.T. Industries, 33 Centerville Road, Lancaster, Pennsylvania, 17603.

5. Defendant SIKORSKY AIRCRAFT CORPORATION a subsidiary of UNITED TECHNOLOGIES CORPORATION is a corporation duly authorized to conduct business in the State of Texas, by serving its agent for service CT Corporation Systems, 1021 Main Street, Ste. 1150, Houston, Texas 77002.

6. Defendant LT. COL. MARC LEE HOHLE was a citizen of the State of Texas and his estate may be served on Richard A. Hohle, at 2603 East Side Drive, Austin, Texas 78704.

7. Defendant THE ESTATE OF CAPTAIN MATTHEW BRENT THOMAS may be served with process at 1911 Dyer Court, Justin, California 92782.

II.

THE ORIGINAL LAWSUIT

On September 12, 2000, plaintiffs' sued defendants for the wrongful death of David Saldana.

III.

FACTS

On or about April 19, 1999, David Saldana was a crew member on a military helicopter that crashed at sea near Okinawa, Japan. The pilots Lt. Col. Johle and Captain Thomas of the helicopter was using the ITT Night Vision Goggle System, and while using the Night Vision Goggle System for

the purpose and in the manner in which it was intended to be used, suddenly and without warning it failed to provide clear vision to the pilot who was operating the helicopter when transitioning from a high light area/high cultural lighting/visible lighting/visible horizon to one of no light/no horizon, thereby causing the helicopter to crash into the sea causing the death of David Saldana, as hereinafter described.

IV.

INTERVENOR'S CAUSES OF ACTION

A party may intervene as a plaintiff if it is asserting a claim which arises from the same transaction or occurrence and has a common question of law or fact with the original claim. *Tex.R.Civ.P.40; see Guaranty Fed. Sav. Bank v. Horseshoe Operating Co., 793 S.W.2d 652, 657 (Tex.1990); E. & B Carpet Mils v. State, 776 S.W.2d 286, 290 (Tex. App. - Austin 1989, writ dism'd).*

Movants/Intervenors are pursuing through this Motion to Intervene a wrongful death cause of action arising from the wrongful death of their son David Saldana as alleged in Plaintiff's Original Petition.

Movants'/Intervenors' causes of action are the same causes of action alleged in Plaintiff's Original Petition. Movants'/Intervenors' claim arise from the same claims made in the original lawsuit.

V.

CONDITIONS PRECEDENT

All conditions precedent have been performed or have occurred as required by Federal Rules of Civil Procedure.

VI.

DAMAGES

Movants/Intervenors seek pre-judgment interest on money damages awarded to them, either in general damages or special damages plead herein, including, but not limited to, general damages, punitive damages, and reasonable attorney's fees.

WHEREFORE PREMISES CONSIDERED, Movants/Intervenors pray that the Defendants be cited to appear and answer herein; that upon trial of this cause, the Intervenors have and recover from the Defendants, judgment to compensate them for the injuries they suffered as a result of the "negligence", "negligence per se gross negligence, strict liability and/or malice of the Defendants. Intervenors seek compensatory damages and punitive damages as provided by the laws of the State of Texas for above described breaches in providing a defective Night Vision Goggle Systems and CH53-E helicopter and its component systems and, if appropriate, attorney's fees, as well as, prejudgment interest and post judgment interest thereon at the legal rate. Movants/Intervenors seek damages against the Defendants for costs of Court expended, and for such other and further relief, both general and special, at law or in equity, to which they may show themselves to be justly entitled.

Respectfully submitted,

Joe Valle
ATTORNEY AT LAW
1120 East Tenth Street
Brownsville, Texas 78520
Telephone No.: (956) 546-2629
Telecopier No.: (956) 542-4084

By: *Joe Valle*
JOE VALLE
State Bar No.: 20435450
Federal ID: 11422

## CERTIFICATE OF CONFERENCE

This will confirm that on the 9th day of January, 2001, Plaintiffs' counsel and Defendant, ITT Industries' counsel were notified via telephone of the filing of the Motion to Intervene and on the 10th day of January, 2001, Defendant, Sikorsky Aircraft Corporation's counsel was notified via telephone of the filing of said Motion. Plaintiff's counsel and Defendants' counsel are unopposed to the filing of this motion.

_____
Joe Valle

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served in accordance with the Federal Rules of Civil Procedure on this 12th day of January, 2001, on the following:

| | |
|---|---|
| Ray R. Marchan<br>Harris & Watts, P.C.<br>1928 East Elizabeth<br>Brownsville, Texas 78520<br>(956) 546-0333<br>(956) 541-0255   Fax | CMRRR No. Z 289 703 641 |
| Ron A. Sprague<br>Gendry & Sprague, P.C.<br>645 Lockhill Selma<br>San Antonio, Texas 78216-5057<br>(210) 349-0511<br>(210) 349-2760   Fax | CMRRR No. Z 289 703 642 |
| Robert F. Ruckman<br>Jackson Walker, L.L.P.<br>901 Main Street, Suite 6000<br>Dallas, Texas 75202<br>(214) 953-6000<br>(214) 953-5822   Fax | CMRRR No. Z 289 703 643 |

_____
Joe Valle