IN THE UNITED STATES OF AMERICA
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 2 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| KRISTA SALDANA, INDIVIDUALLY § <br> AND AS REPRESENTATIVE OF THE § <br> ESTATE OF DAVID SALDANA AND AS § <br> NEXT FRIEND OF JAGGER SALDANA § <br> § <br> VS. § <br> § <br> ITT INDUSTRIES, SIKORSKY AIRCRAFT § <br> CORPORATION, A SUBSIDIARY OF § <br> UNITED TECHNOLOGIES CORPORATION, § <br> THE ESTATE OF LT. COL. MARC LEE § <br> HOHLE AND THE ESTATE OF CAPTAIN § <br> MATTHEW BRENT THOMAS § | CIVIL ACTION NO. B-00-176 |

**MOTION TO DISMISS PLEA IN INTERVENTION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MELQUIADES SALDANA and AURELIA SALDANA, hereinafter called Movants, file this Motion to Dismiss their Plea in Intervention and would show cause as follows:

I.

On December 6, 2000, Movants filed a Plea in Intervention. Movants have filed a Motion to Intervene pursuant to Rule 24(c) of the Federal Rules of Civil Procedure.

WHEREFORE PREMISES CONSIDERED, Movants pray that the Plea in Intervention be dismissed and for such other and further relief, both general and special, at law or in equity, to which they may show themselves to be justly entitled.

## CERTIFICATE OF CONFERENCE

    This will confirm that on the 9th day of January, 2001, Plaintiffs' counsel and Defendant, ITT Industries' counsel were notified via telephone of the filing of the Motion to Dismiss Intervention and on the 10th day of January, 2001, Defendant, Sikorsky Aircraft Corporation's counsel was notified via telephone of the filing of said Motion. Plaintiff's counsel and Defendants' counsel are unopposed to the filing of this motion.

_____
Joe Valle


## CERTIFICATE OF SERVICE

    I certify that a true copy of the above was served in accordance with the Federal Rules of Civil Procedure on this 12th day of January, 2001, on the following:

Ray R. Marchan                       **CMRRR No. Z 289 703 641**
Harris & Watts, P.C.
1928 East Elizabeth
Brownsville, Texas 78520
(956) 546-0333
(956) 541-0255   Fax

Ron A. Sprague                       **CMRRR No. Z 289 703 642**
Gendry & Sprague, P.C.
645 Lockhill Selma
San Antonio, Texas 78216-5057
(210) 349-0511
(210) 349-2760   Fax

Robert F. Ruckman                 **CMRRR No. Z 289 703 643**
Jackson Walker, L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
(214) 953-5822   Fax

_____
Joe Valle

Respectfully submitted,

Joe Valle
ATTORNEY AT LAW
1120 East Tenth Street
Brownsville, Texas 78520
Telephone No.: (956) 546-2629
Telecopier No.: (956) 542-4084

By: _Joe Valle_____
    JOE VALLE
    State Bar No.: 20435450
    Federal ID: 11422