

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 9 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| KRISTA SALDANA, Individually and as Representative of the Estate of DAVID SALDANA and as Next Friend of JAGGER SALDANA,<br><br>Plaintiff,<br><br>v.<br><br>ITT INDUSTRIES, INC., SIKORSKY AIRCRAFT CORPORATION, A Subsidiary of UNITED TECHNOLOGIES CORPORATION, THE ESTATE OF LT. COL. MARC LEE HOHLE and THE ESTATE OF CAPTAIN MATTHEW BRENT THOMAS,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*    CIVIL ACTION No. B-00-176 |

## MOTION TO SUBSTITUTE THE UNITED STATES OF AMERICA AS DEFENDANT IN THE STEAD OF THE ESTATE OF LT. COLONEL MARC LEE HOHLE (OPPOSED)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the United States of America, by and through Mervyn M. Mosbacker, United States Attorney for the Southern District of Texas, and respectfully requests this Court for an order substituting it as the defendant in the above-entitled and numbered cause in lieu of the Estate of Lt. Colonel Marc Lee Hohle with regard to all the common law tort allegations alleged to have been committed by Lt. Colonel Marc Lee Hohle while he was acting within the course and scope of his employment with the United States Marine Corps. (See Certification of Scope of Employment attached as

Exhibit "A").

Any remedy available to plaintiff must be exclusively against the United States of America pursuant to *28 U.S.C. §2674* and *28 U.S.C. §2679(b)*.

Attached to this motion to substitute, as Government's Exhibit "A", is a certification by the United States Attorney for the Southern District of Texas, executed pursuant to the provisions of *28 U.S.C. §2679(d)(1)*, as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988 (FTCA), *Public Law 100-694*, and of *28 C.F.R. §§15.3 and 50.15*, which certifies that named defendant Lt. Colonel Marc Lee Hohle was, at all times relevant to this lawsuit, acting within the course and scope of his employment as an employee of the United States at the time of the alleged conduct made by subject matter of the above-captioned and numbered civil action.

The purpose of this Act is to provide federal employees with absolute immunity from personal liability for money damages for common law or state law torts or other violations of state law when the employees are acting within the scope of their employment. An action against the United States under the FTCA for such claims is "exclusive of any other civil action or proceeding for money damages by reasons of the same subject matter against the employee." *28 U.S.C. §2679(b)(1)*.

Title *28 U.S.C. §2679(d)* implements the exclusive remedy provision by authorizing the Attorney General to issue a scope of employment certification. Upon proper certification by the Attorney General or his designee that the federal employee was acting within the scope of his/her employment, the action shall be deemed to be an action against the United States under the FTCA and substitution of the United States

is mandated. *28 U.S.C. §2679(d)*. The Attorney General has delegated the authority to make such certification to the United States Attorneys. *28 C.F.R. 15.3*. As previously indicated, attached hereto as Government's Exhibit "A" is the certification of the U. S. Attorney that Lt. Colonel Marc Lee Hohle was acting within the scope of his employment with respect to the actions alleged by the plaintiff. The Government's certification is <u>*prima facie*</u> evidence that the challenged conduct of the employee is within the scope of employment. <u>Brown v. Armstrong</u>, *949 F.2d 1007 (8th Cir. 1991)*. Accordingly, the United States should be substituted for the Estate of Lt. Colonel Marc Lee Hohle and it should be dismissed from this action as to all common law tort allegations set forth in plaintiff's complaint. *<u>Mitchell v. Carlson</u>, 896 F.2d 128, 133-36 (5th Cir. 1990)*.

          Respectfully submitted,

          MERVYN M. MOSBACKER, JR.
          UNITED STATES ATTORNEY

          _____
          NANCY L. MASSO
          Assistant United States Attorney
          600 East Harrison St., No. 201
          Brownsville, TX 78520
          Tel:   (956) 548-2554
          Fax:  (956) 548-2549
          State Bar No. 00800490
          Federal I.D. No. 10263

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| KRISTA SALDANA, Individually and as Representative of the Estate of DAVID SALDANA and as Next Friend of JAGGER SALDANA, | * * * * * |
| Plaintiff, | * * |
| v. | *   CIVIL ACTION No. B-00-176 |
| ITT INDUSTRIES, INC., SIKORSKY AIRCRAFT CORPORATION, A Subsidiary of UNITED TECHNOLOGIES CORPORATION, THE ESTATE OF LT. COL. MARC LEE HOHLE and THE ESTATE OF CAPTAIN MATTHEW BRENT THOMAS, | * * * * * * * * * |
| Defendants. | * |

## CERTIFICATION

The undersigned Mervyn M. Mosbacker, United States Attorney for the Southern District of Texas, pursuant to the provisions of *29 U.S.C. §2679(d)(1)*, as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988, *Public Law 100-694*, and by virtue of the authority vested under *28 C.F.R. §§15.3* and *50.15* hereby certifies as follows:

Upon the basis of information now available with respect to the circumstances of the incidents upon which plaintiff's claims are based, I am of the opinion that Lt. Colonel Marc Lee Hohle was acting within the scope of his employment as an employee of the United States Government at the time of the conduct alleged by plaintiff.

Dated this 12th day of January, 2001.

_____
MERVYN M. MOSBACKER
United States Attorney

GOVERNMENT
EXHIBIT
"A"

## STATEMENT OF CONSULTATION

On January 8, 2001, I contacted Plaintiff's attorney, Mr. Ray Marchan. Mr. Marchan advised that he was opposed to this motion.

Signed January 19, 2001.

NANCY L. MASSO
Assistant U. S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing Motion to Substitute the United States of America As Defendant In the Stead of the Estate of Lt. Colonel Marc Lee Hohle was mailed via certified mail, return receipt requested to the following:

Mr. Ray Marchan
Attorney at Law
Harris & Watts, P.C.
1926 E. Elizabeth St.
Brownsville, Texas 78520

Mr. Ron A. Sprague
Attorney at Law
Gendry & Sprague, P.C.
645 Lockhill Selma
San Antonio, Texas 78216-5707

Robert F. Ruckman and Katherine A. Staton
Attorneys at Law
Jackson Walker, LLP
901 Main Street, Suite 600
Dallas, Texas 75202

Joe Valle
Attorney at Law
1120 East 10th Street
Brownsville, Texas 78520

January 19, 2001
Date

NANCY L. MASSO
Assistant United States Attorney