IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 8 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| KRISTA SALDANA, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF DAVID SALDANA AND AS NEXT FRIEND OF JAGGER SALDANA § § § § § § | |
| VS. § § | CIVIL ACTION NO. B-00-176 |
| ITT INDUSTRIES, INC., SIKORSKY AIRCRAFT CORPORATION, A SUBSIDIARY OF UNITED TECHNOLOGIES CORPORATION THE ESTATE OF LT. COL. MARC LEE HOHLE AND THE ESTATE OF CAPTAIN MATTHEW BRENT THOMAS § § § § § § § § § | |

**PLAINTIFFS' MOTION TO ENLARGE TIME TO RESPOND TO MOTIONS TO SUBSTITUTE THE UNITED STATES OF AMERICA AS DEFENDANT IN THE STEAD OF THE ESTATE OF LT. COLONEL MARC LEE HOHLE AND IN THE STEAD OF CAPTAIN MATTHEW BRENT THOMAS**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME, Plaintiffs in the above styled and numbered cause, by and through their attorney of record, Harris & Watts, P.C., and file this their motion to enlarge time to respond to motion to substitute the United States of America as Defendant in the Stead of the Estate of Lt. Colonel Marc Lee Hohe and Estate of Captain Matthew Brent Thomas, and in support thereof would respectfully show the court as follows:

Defendant filed Motions to Substitute the United States of America As Defendant in the Stead of the Estate of Lt. Colonel Marc Lee Hohle and Captain Matthew Brent Thomas on January 19, 2001. As per the Local Rule 6(D) and 6(E) of the Southern District of Texas, state as follows:

Rule 6(D) "Opposed motions will be submitted to the judge twenty days from filing without notice from the clerk and without appearance by counsel."

Rule 6(E) "... Responses to motions must be filed by the submission day..."

The deadline for Plaintiffs to respond to said motion to substitute is February 8, 2001. Plaintiffs are requesting that this Honorable Court allow them to file a response to this motion until after they

have taken depositions in this case. Discovery in this case is just commencing and the deadlines in this case have not been set by this court. The Initial Pretrial Conference has been set by this Honorable Court to be held on March 26, 2001, at which times discovery deadlines and other deadlines will be ordered.

A party may ask the court to enlarge the time to do an act before that time expires. In such case, FRCP 6(b)(1) permits the court to grant an extension of time for "cause show," with or without motion or notice. *Jenkins v. Commonwealth Land Title Ins. Co.*, 95 F.3d 791, 795 (9th Cir. 1996). Plaintiffs in this case are asking for the opportunity to begin discovery in this matter before they file their response.

Plaintiffs herein state that the other parties will not be prejudiced by the extension for the reason that trial in this case has not been set nor will the enlargement of time to file the response interfere with the discovery deadlines since they have not been set by this Honorable Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Honorable Court grant this motion and enlarge the time in which to respond to Defendant's Motions to Substitute the United States of America as Defendant in Stead of the Estate of Lt. Colonel Marc Lee Hohe and In the Stead of Captain Matthew Brent Thomas, and for such other and further relief, at law or in equity to which Plaintiffs may show themselves justly entitled to receive.

Respectfully submitted this the ____8____ day of February, 2001.

HARRIS & WATTS, P.C.
1926 E. Elizabeth
Brownsville, Texas  78520
(956) 546-0333
(956) 541-0255

_____
RAY R. MARCHAN
State Bar No. 12969050
Federal I.D. No. 9522

## CERTIFICATE OF SERVICE

On this the _____8_____ day of February, 2001, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-delivery or by certified mail, return receipt requested.

_____
RAY R. MARCHAN

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| KRISTA SALDANA, INDIVIDUALLY § <br> AND AS THE REPRESENTATIVE OF § <br> THE ESTATE OF DAVID SALDANA § <br> AND AS NEXT FRIEND OF JAGGER § <br> SALDANA § <br> § <br> VS. § <br> § <br> ITT INDUSTRIES, INC., SIKORSKY § <br> AIRCRAFT CORPORATION, A § <br> SUBSIDIARY OF UNITED § <br> TECHNOLOGIES CORPORATION § <br> THE ESTATE OF LT. COL. MARC § <br> LEE HOHLE AND THE ESTATE OF § <br> CAPTAIN MATTHEW BRENT THOMAS § | CIVIL ACTION <br> NO. B-00-176 |

## CERTIFICATE OF CONFERANCE

Assistant U.S. Attorney, Ms. Nancy L. Masso, is opposed to Plaintiffs' motion to enlarge time.

Mr. Ron Sprague was not available at the time the telephone call was placed and was not able to indicate his position to plaintiffs' motion.

Mr. Robert F. Ruckman is opposed to Plantiffs' motion to enlarge time.

Respectfully submitted this the ___8___ day of February, 2001.

HARRIS & WATTS, P.C.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 546-0333
(956) 541-0255

_____
RAY R. MARCHAN
State Bar No. 12969050
Federal I.D. No. 9522

STATE OF TEXAS        §
                      §
COUNTY OF CAMERON     §

    On this the \_\_\_\_8\_\_\_\_ day of February, 2001, came on before me the undersigned authority, personally appeared Ray R. Marchan, who after being duly sworn upon his oath stated that the facts stated in the foregoing Motion to Enlarge Time are true and correct.

    Signed this the \_\_\_\_8\_\_\_\_ day of February, 2001.

_____
RAY R. MARCHAN

SWORN TO AND SUBSCRIBED on this the \_\_\_8\_\_\_ day of February, 2001.

_____
NOTARY PUBLIC, STATE OF TEXAS

[Notary Seal: Leticia Fierros Garza, Notary Public, State of Texas, My Commission Expires July 26, 2004]

ClibPDF - www.fastio.com