18

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Krista Saldana, individually and as representative of the estate of David Saldana and as next friend of Jagger Saldana, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. B-00-176 |
| ITT Industries, et al., | § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on February 20, 2001 the Court **GRANTED** Melquiades Saldana and Aurelia Saldana's Unopposed Motion to Intervene [Dkt. No. 13].

DONE at Brownsville, Texas, this 21st day of February 2001.

Hilda G. Tagle
United States District Judge