20

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

MAR 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| KRISTA SALDANA, ET AL § § § | |
| versus § | CIVIL ACTION: B: 00-176 |
| § § § | |
| ITT INDUSTRIES, INC. § | |

# Order Resetting Conference

The intial pre-trial conference set for *March 26, 2001,* has been reset to:

## April 16, 2001 at 3:30 p.m.

Signed on _March 5_, 2001 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge