21

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 07 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Krista Saldana, individually and as representative of the estate of David Saldana and as next friend of Jagger Saldana, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. B-00-176 |
| ITT Industries, et al., | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on March 6, 2001 the Court **GRANTED** Melquiades Saldana and Aurelia Saldana's Motion to Dismiss Plea in Intervention [Dkt. No. 14]. The intervenors concede in their motion that their Plea in Intervention [Dkt. No. 6] was not filed in accordance with Federal Rule of Civil Procedure 24. Since the Court has granted the intervenors' motion to dismiss their own plea in intervention, the Motion of Sikorsky Aircraft Corporation to Dismiss Plea in Intervention [Dkt. No. 12] is **MOOT**.

DONE at Brownsville, Texas, this 6 day of March 2001.

_____
Hilda G. Tagle
United States District Judge