

United States District Court
Southern District of Texas
ENTERED

MAR 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Krista Saldana, individually and as representative of the estate of David Saldana and as next friend of Jagger Saldana,<br><br>    Plaintiffs,<br><br>v.<br><br>ITT Industries, et al.,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. B-00-176<br>§<br>§<br>§<br>§ |

### ORDER

BE IT REMEMBERED, that on March 6, 2001, the Court **ORDERED** Defendant ITT Industries, Inc. to submit a signed and notarized copy of the affidavit of Doris Hohle attached to its Response to Plaintiffs' Motion to Remand [Dkt. No. 9]. If the Defendant does not submit the affidavit in proper form by March 19, 2001, the Court will not consider it in ruling on the Plaintiff's Motion to Remand [Dkt. No. 7].

DONE at Brownsville, Texas, this 6 day of March 2001.

_____
Hilda G. Tagle
United States District Judge