26

# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Fajardo   ■ Koerner |

United States District Court
Southern District of Texas
FILED

APR 1 6 2001

Michael N. Milby, Clerk of Court

| | | | |
|---|---|---|---|
| DATE | 04 | 16 | 01 |

| TIME | | a.m. | | a.m. |
|---|---|---|---|---|
| | 3:35 | p.m. | 4:10 | p.m. |

| CIVIL ACTION | B | 00 | 176 |
|---|---|---|---|

| STYLE | Saldana, et al. *versus* ITT Industries, et al. |
|---|---|

## DOCKET ENTRY

(HGT)   ■ Initial Pretrial Conference;     ☐ Motion Hearing;   (Rptr.   Breck Record   )

Ray Marchan      for   ■ Ptf. #_____ ☐ Deft. #_____
Joe Valle        for   ■ Ptf.-Intervenors Melquiades and Aurelia Saldana
Ron Sprague      for   ☐ Ptf. #_____ ■ Deft. ITT Industries, Inc.
James Walker     for   ☐ Ptf. #_____ ■ Deft. Sikorsky Aircraft Corp.
Nancy Masso      for   ☐ Ptf. #_____ ■ Deft. USA

☐ All motions not expressly decided are denied without prejudice.
☐ Evidence taken [exhibits or testimony].
☐ Argument heard on:   ☐ all pending motions;   ☐ Following motions
☐ Motions taken under advisement: _____
☐ Order to be entered.
☐ Miscellaneous review set: _____
■ Rulings orally rendered on:

1. Discovery on the government contractor defense will be completed by November 12, 2001.
2. Motion for summary judgment motions on the government contractor defense will be filed by December 3, 2001.

1

3. The Parties agree that if an individual is deposed for the government contractor defense that individual can be fully deposed and testimony will not be limited to the defense.

4. The Parties agree to mediate after the Court rules on the government contractor defense, if that defense does not absolve the Defendants of liability.

5. Plaintiff will send an initial settlement demand to the Defendants by July 16, 2001 and Defendants will send a counter-demand by August 14, 2001.

Comments:

1. <u>Limitation of discovery on the government contractor defense</u>: ITT Industries and Sikorsky think that it will take 6 to 7 months to complete discovery on the government contractor defense and get a summary judgment motion filed on that defense.

2. <u>Trial date</u>: Court noted that the Parties proposed trial dates are widely divergent.

3. <u>Mediation</u>: Plaintiff stated that mediation would not be fruitful until after government contractor defense motion(s) is ruled on. Defendant ITT thinks that mediation would be fruitful after discovery on the government contractor defense is completed but before the Court rules on government contractor defense motions.

4. Chief investigator for the government/military stated in an investigation report that warnings provided were not adequate for the goggles. Defendant asserts that the government writes the manual on the goggles. The portion of the report Plaintiff referred to was a training manual that the navy wrote for its own employees.

5. Plaintiffs want to exceed the number of interrogatories per person and/or entity provided in the Federal Rules of Civil Procedure. Court will consider a motion on this issue by the Plaintiffs later on if necessary.