IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KRISTA SALDANA, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF DAVID SALDANA AND AS NEXT FRIEND OF JAGGER SALDANA | § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-176 |
| ITT INDUSTRIES, INC., SIKORSKY AIRCRAFT CORPORATION, A SUBSIDIARY OF UNITED TECHNOLOGIES CORPORATION THE UNITED STATES OF AMERICA | § § § § § | |

### PLAINTIFFS' RESPONSE TO THE UNITED STATES OF AMERICA'S MOTION TO DISMISS PURSUANT TO RULES 12(B)(1), (4) (5) AND (6) OF THE FRCP AND ALTERNATIVE MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME, Plaintiffs in the above styled and numbered cause, by and through their attorney of record, WATTS & HEARD, L.L.P., and file this their response to the United States of America's Motion to Dismiss Pursuant to Rules 12(B) (1), (4), (5) and (6) of the FRCP and Alternative Motion for Summary Judgment, and in support thereof would respectfully show the court as follows:

Plaintiffs admit that the Estate of Lt. Col. Marc Lee Hohle and the Estate of Captain Matthew Brent Thomas now substituted in named as the United States of America has after appearing in this action properly raised the affirmative defense of immunity pursuant to the *Feres Doctrine*. Therefore, plaintiffs have no objection to summary judgment being granted in behalf of the United States of America substituting in for the Estates of Lt. Col. Marc Lee Hohle and the Estate of Captain Matthew Brent Thomas.

Respectfully submitted this the ___18___ day of April, 2001.

> WATTS & HEARD, L.L.P.
> 1926 E. Elizabeth
> Brownsville, Texas 78520
> (956) 546-0333
> (956) 541-0255  Fax
>
> _____
> RAY R. MARCHAN
> State Bar No. 12969050
> Federal I.D. No. 9522

## CERTIFICATE OF SERVICE

On this the ___18___ day of April, 2001, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-delivery or by certified mail, return receipt requested.

_____
RAY R. MARCHAN