UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| KRISTA SALDANA | § |
| | § |
| *versus* | §    CIVIL ACTION: B-00-176 |
| | § |
| ITT INDUSTRIES, INC., et al | § |

## ORDER SETTING CONFERENCE

1. A status conference will be held on:

   __October 15__, 2001, at __3:00 p__.m.

   before the Honorable Hilda G. Tagle
   Third Floor-Courtroom No. 3
   United States Courthouse
   600 East Harrison Street, #306
   Brownsville, Texas 78520

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Each party shall appear <u>in person</u> by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed __August 23__, 2001, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge