32

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KRISTA SALDANA, INDIVIDUALLY | § | |
| AND AS REPRESENTATIVE OF | § | |
| THE ESTATE OF DAVID SALDANA | § | |
| AND AS NEXT FRIEND OF JAGGER | § | |
| SALDANA | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-00-176 |
| ITT INDUSTRIES, SIKORSKY | § | |
| AIRCRAFT CORPORATION, A | § | |
| SUBSIDIARY OF UNITED | § | |
| TECHNOLOGIES CORPORATION, | § | |
| THE ESTATE OF LT. COL. MARC | § | |
| LEE HOHLE AND THE ESTATE OF | § | |
| CAPTAIN MATTHEW BRENT THOMAS | § | |

**DEFENDANT ITT INDUSTRIES INC.'s
MOTION FOR CONTINUANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes ITT INDUSTRIES INC. (hereafter ITT). One of the Defendants in the above entitled and numbered cause, and files this Motion for Continuance, and would respectfully show unto this Court as follows:

I.

This Court has entered an Order Setting Conference for October 15, 2001, at 3:00 p.m. before the Honorable Hilda G. Tagle. However, as the Attorney in Charge, pursuant to Local Rule 2, Southern District, I am unable to attend said hearing for the following reasons. Specifically, I am scheduled for two (2) trials on October 15, 2001 (See Attached Affidavit):

<u>Betty Zuniga et al vs. Bauer Manufacturing Company</u>
Cause No: 2000-CI-16502, at 8:30 AM in the 57th District court: and

<u>Willming Reams Animation, Inc. vs. Regal Cinemas</u>
Civil Action No.: SA-00-CA-0843 NN, at 9:30 AM, United States District Courthouse.

Explicit in the facts are that this Motion for Continuance is not for the purpose of delay, but so that justice may be done. Indeed, Movant would prefer that the status conference be reset for an earlier date instead of a later one. Moreover, Plaintiffs will not suffer prejudice as a result of the continuance. Due to the Acts of War perpetrated against this Country on September 11, 2001, all depositions of United States Marine Corp personnel and Department of Defense personnel have been placed on indefinite delay. Thus, no party will suffer any prejudice as a result of the continuance of the Status Conference Hearing.

II.

Attorneys for all parties have been contacted (See Certificate of Conference) and all Defendants are unopposed to said Motion. Plaintiffs' attorney Mr. Ray Marchand has been unavailable; however, numerous telephonic conversations have taken place between this Defendant, Mr. Marchand's secretary, and his legal assistant. As this Motion is being filed attempts continue to be made to contact Mr. Marchand.

WHEREFORE PREMISES CONSIDERED, Defendant ITT Industries, Inc. respectfully requests that this Motion for Continuance in all things be granted.

Respectfully submitted,

GENDRY & SPRAGUE, P.C.
645 Lockhill Selma
San Antonio, Texas  78216-5057
Telephone:  (210) 349-0511
Telecopier: (210) 349-2760

By: _____
RON A. SPRAGUE
State Bar No. 18962100
Federal I. D. No. 151

ATTORNEYS FOR DEFENDANT
ITT INDUSTRIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading has been mailed certified mail, return receipt requested, to Mr. Ray R. Marchand, Harris & Watts, P.C., 1926 E. Elizabeth, Brownsville, Texas  78520, and by regular mail to Mr. Robert F. Ruckman, Jackson Walker, L.L.P., 901 Main Street, Suite 6000, Dallas, Texas 75202, and Mr. Joe Valle, Attorney at law, 1120 East Tenth Street, Brownsville, Texas 78520, on this the 18th day of September, 2001.

_____
RON A. SPRAGUE

w:\wry\saldana\mot.con

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KRISTA SALDANA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DAVID SALDANA AND AS NEXT FRIEND OF JAGGER SALDANA<br><br>Plaintiffs<br><br>VS.<br><br>ITT INDUSTRIES, INC., SIKORSKY AIRCRAFT CORPORATION, A SUBSIDIARY OF UNITED TECHNOLOGIES CORPORATION, THE ESTATE OF LT. COL. MARC LEE HOHLE AND THE ESTATE OF CAPTAIN MATTHEW BRENT THOMAS<br><br>Defendants | § § § § § § § § § § § § § § § § § § | Civil Action No.: B-00-176 |

## AFFIDAVIT OF RON A. SPRAGUE

STATE OF TEXAS           §

COUNTY OF BEXAR          §

"I am RON A. SPRAGUE. I am over the age of eighteen (18) and fully competent to make this Affidavit. The facts contained herein are true based on my personal knowledge as set forth below.

This Court has entered an Order Setting Conference for October 15, 2001 at 3:00 p.m. As the Attorney in Charge, pursuant to southern District of Texas, Local Rule 2, I am unable to attend said hearing due to the fact that I am scheduled for trial during that time in the following cases:

BETTY J. ZUNIGA ET AL VS. BAUER MANUFACTURING COMPANY
Cause No: 2000-CI-16502, 15th day of October, 2001 at 8:30 AM in the 57th

District Court; and

<u>WILLMING REAMS ANIMATION, INC., vs. REGAL CINEMAS,</u>
Civil Action No. SA-00CA-0843 NN, October 15, 2001, at 9:30 a.m., United States Courthouse, San Antonio, Texas. (See attached copies of Orders).

FURTHER, AFFIANT SAYETH NOT."

_____
RON A. SPRAGUE, AFFIANT

SWORN and SUBSCRIBED to before me on this the 18th day of September, 2001 by RON A. SPRAGUE, Affiant.

_____
Notary Public in and for the State of Texas

My commission expires:

SHERI LOPER
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 11-30-2004

w:\wry\saldana\Aff.Ras

2



RECEIVED MAY - 7 2001

fw

**OFFICE OF CIVIL JURY ASSIGNMENT CLERK**
BEXAR COUNTY COURTHOUSE--ROOM 422
SAN ANTONIO, TEXAS 78205
(210) 335-2520

May 2, 2001

**NOTICE OF JURY TRIAL SETTING**

RON SPRAGUE
Attorney at Law
645 LOCKHILL SELMA RD
SAN ANTONIO, TX 78216-5041

RE: BETTY J ZUNIGA ET AL VS. BAUER MANUFACTURING COMPA
Cause No: 2000-CI-16502

The above-styled and -numbered cause is set for trial **ON THE MERITS** on the 15th day of October, 2001 at 8:30 AM in the 57th District Court. Failure to appear may result in default or dismissal for want of prosecution.

All parties shall deliver Motions in Limine, Motions to Realign Parties or Equalize Peremptory Strikes, and a Proposed Jury Charge to all other parties by Noon on the last business day prior to the above-referenced trial date. In accordance with Local Rule 3.8, parties shall confer regarding the foregoing matters prior to assignment to a court for jury trial.

In the event the trial is expected to last ten (10) working days or longer, it is strongly suggested that a Rule 166 Pretrial Motion be heard at least sixty (60) days before the above-referenced setting date. Local Rule 3.8 will again apply to this Pretrial Motion to be heard in the Monitoring Court at the request of either party.

This cause is also set on the ADR docket on the                in the           District Court, Bexar County Courthouse. You do not have to appear if an Agreed Order of Referral for Mediation is Provided to the ADR Coordinator three (3) days prior to the setting. Otherwise, failure to appear as noticed may result in court selecting a mediator and allocating mediator fees between the parties.

PAT BOONE

JURY MONITORING JUDGE

CC: DOUGLAS ALLISON
    HENRY GONZALEZ
    J CLARK
    RON SPRAGUE

fw1

FILED

APR - 5 2001

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **WILLMING REAMS ANIMATION, INC.,** | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| v. | § § | SA-00-CA-0843 NN |
| **REGAL CINEMAS,** | § § | |
| Defendant. | § § | |

## ORDER

The matter before the Court is the status of this case recently reassigned to the undersigned after the parties' consent to proceed before a magistrate judge.

It is **ORDERED** that jury selection and trial of this matter are **RESET** to Monday, **October 15, 2001, at 9:30 a.m.**, in Courtroom C, Fourth Floor, John H. Wood, Jr., United States Courthouse, 655 East Durango Blvd., San Antonio, Texas.

SIGNED this _5_ day of April, 2001.

_____
NANCY STEIN NOWAK
United States Magistrate Judge

36

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KRISTA SALDANA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DAVID SALDANA AND AS NEXT FRIEND OF JAGGER SALDANA | § § § § § § | |
| VS. | § § | Civil Action No.: B-00-176 |
| ITT INDUSTRIES, SIKORSKY AIRCRAFT CORPORATION, A SUBSIDIARY OF UNITED TECHNOLOGIES CORPORATION, THE ESTATE OF LT. COL. MARC LEE HOHLE AND THE ESTATE OF CAPTAIN MATTHEW BRENT THOMAS | § § § § § § § | |

### CERTIFICATE OF CONFERENCE AS TO DEFENDANT ITT INDUSTRIES Inc.'s MOTION FOR CONTINUANCE OF STATUS CONFERENCE & MOTION TO COMPEL

TO THE HONORABLE JUDGE OF SAID COURT:

Telephonic conversations have been made between Plaintiff's counsel and Defendants in an effort to obtain an unopposed Motion for Continuance of the Status Conference & Motion to Compel currently set for October 15, 2001. The Defendants stand unopposed to said Motion, however, Plaintiffs' counsel, Mr. Ray Marchand has been and continues to be unavailable. Numerous messages have been left with both his legal assistant, as well as his secretary regarding the aforementioned Motion. Therefore, this matter is respectfully presented to the Court for determination.

Respectfully submitted,

GENDRY & SPRAGUE, P.C.
645 Lockhill Selma
San Antonio, Texas  78216-5057
Telephone:  (210) 349-0511
Telecopier: (210) 349-2760

By: _____
RON A. SPRAGUE
State Bar No. 18962100
Federal I.D. No. 151

ATTORNEYS FOR DEFENDANT ITT INDUSTRIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading has been mailed certified mail, return receipt requested, to Mr. Ray R. Marchand, Harris & Watts, P.C., 1926 E. Elizabeth, Brownsville, Texas 78520; and by certified mail to Mr. Robert F. Ruckman, Jackson Walker L.L.P., 901 Main Street, Suite 6000, Dallas, Texas 75202, and Mr. Joe Valle, Attorney at Law, 1120 East Tenth Street, Brownsville, Texas 78520, on this 18th day of September, 2001.

_____
RON A. SPRAGUE

w:\wry\saldana\conf.oct

-2-