33

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
ENTERED

SEP 2 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

KRISTA SALDANA, et al § § §
§
versus § CIVIL ACTION NO: B: 00-176
§ §
§
ITT INDUSTRIES, et al §

# ORDER

BE IT REMEMBERED that on this the 24th day of September, 2001, the Court **GRANTED** Defendant's ITT Industries Inc.'s Motion for Continuance [Dkt.#32] of Status Conference Hearing set for the 15th day of October, 2001.

The Court hereby ORDERS that the Status Conference be set for *October 12, 2001 at 2:00 p.m.* Each party shall appear in person by an attorney with full knowledge of the facts and authority to bind the client.

DONE at Brownsville, Texas, this 24th day of September, 2001.

Hilda Tagle
Hilda G. Tagle
United States District Judge