35

# UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

KRISTA SALDANA, et al § 
§ 
versus §     CIVIL ACTION B-00-176     OCT 1 5 2001
§ 
ITT INDUSTRIES, et al §

United States District Court
Southern District of Texas
ENTERED

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Scheduling Order

1. Trial: Estimated time to try: __10__ days.     ☐ Bench    ■ Jury

2. New parties must be joined by: __10/31/02__

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:
   a. Govt's Contractor Defense Issues: __4/1/02__
   b. All others: __8/16/02__

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.
   a. Govt's Contractor Defense Issues: __4/29/02__
   b. All others: __9/20/02__

5. Discovery must be completed by: __10/31/02__

   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.

*******************************The Court will provide these dates*******************************

6. Dispositive Motions will be filed by: __11/29/02__
   a. Govt's Contractor Defense Issues: __6/3/02__
   b. Plaintiff's Response: __7/1/02__

7. Joint pretrial order is due: __1/23/03__

   (*The plaintiff is responsible for filing the pretrial order on time.*)

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: __2/6/03__

9. Jury Selection is set for 9:00 a.m. on: __2/10/03__

   (*The case will remain on standby until tried.*)

Signed __October 12__, 2001, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

*Scheduling Order--Page Two*

_____   _____
Counsel for  Ms SALDANA + Intervenor   Counsel for  ITT Industries, Inc.

_____   _____
Counsel for _____   Counsel for _____

_____   _____
Counsel for  Sillonsky   Counsel for _____

ClibPDF - www.fastio.com