36

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Krista Saldana, individually and as representative of the estate of David Saldana and as next friend of Jagger Saldana,<br><br>  Plaintiffs,<br><br>v.<br><br>ITT Industries, et al.,<br><br>  Defendants. | § § § § § § § § § § § §   CIVIL ACTION NO. B-00-176 |

## ORDER

BE IT REMEMBERED, that on October 12, 2001, having considered Defendant ITT Industries' Motion to Compel, and having heard both parties orally, the Court **DENIED** the motion. [Dkt. No. 29].

DONE at Brownsville, Texas, this 15th day of October 2001.

_____
Hilda G. Tagle
United States District Judge