United States District Court
Southern District of Texas
FILED

MAR 2 0 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KRISTA SALDANA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DAVID SALDANA AND AS NEXT FRIEND OF JAGGER SALDANA | § § § § § § | |
| Plaintiffs | § § | |
| VS. | § § | Civil Action No.: B-00-176 |
| ITT INDUSTRIES, INC., SIKORSKY AIRCRAFT CORPORATION, A SUBSIDIARY OF UNITED TECHNOLOGIES CORPORATION, THE ESTATE OF LT. COL. MARC LEE HOHLE AND THE ESTATE OF CAPTAIN MATTHEW BRENT THOMAS | § § § § § § § § | |
| Defendants | § | |

## AGREED/UNOPPOSED MOTION FOR PROTECTIVE ORDER RELATING TO U.S. ARMY/NAVY TECHNICAL MANUALS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs and Defendants in this case and file this Agreed/Unopposed Motion for entry of a Protective Order. In support thereof, Movants would show this Honorable Court as follows:

1. During discovery and deposition, Plantiffs have requested and will request that Defendants produce various Technical Orders and Technical Manuals which are property of the United States Government and are controlled by federal law. The distribution of such manuals are restricted by law to Department of Defense

      Agencies and authorized DoD Contractors. Plaintiffs would not normally qualify or be eligible for distribution of limited distribution materials.

2. The United States Army, CECOM, as well as the United States Marine Corp, by and through both DoD and Judge Advocate Attorneys in Ft. Belvoir Virginia, and Quanico, Virginia, have agreed to permit the Defendants to produce such materials pursuant to an appropriate Protective Order.

3. The United States Government, by and through the appropriate DoD and USMC attorneys have approved the Confidentiality Order proposed herein and attached hereto. Entry of this Order will permit the Defendants to produce the requested materials in the course of discovery/deposition, pursuant to the restrictions in said Order.

4. Entry of this Order is in the best interests of all parties to this litigation, will promote the free flow of information in the course of discovery and will serve the best interest of justice in this case.

5. All parties to this litigation have agreed to the entry of this Protective Order, as evidenced by the signatures of Counsels on the Order.

WHEREFORE, PREMISES CONSIDERED, Movants respectfully pray that the proposed Confidentiality/Protective Order be signed and entered by this Court.

Respectfully submitted,

Gendry & Sprague, P.C.
645 Lockhill Selma
San Antonio, Texas 78216-5057
Telephone: (210) 349-0511
Telecopier: (210) 349-2760

_____
RON A. SPRAGUE
State Bar No. 18962100

ATTORNEYS FOR DEFENDANT
ITT INDUSTRIES, INC.

a:\WRY\motpro.ord