United States District Court
Southern District of Texas
ENTERED

MAR 26 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KRISTA SALDANA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DAVID SALDANA AND AS NEXT FRIEND OF JAGGER SALDANA | § § § § § § | |
| VS. | § § § | CIVIL ACTION NO. B-00-176 |
| ITT INDUSTRIES, SIKORSKY AIRCRAFT CORPORATION, A SUBSIDIARY OF UNITED TECHNOLOGIES CORPORATION, THE ESTATE OF LT. COL. MARC LEE HOHLE AND THE ESTATE OF CAPTAIN MATTHEW BRENT THOMAS | § § § § § § § | |

**ORDER RELATING TO CONFIDENTIALITY OF DOCUMENTS**

In connection with Requests for Production of documents now on file or to be filed in this cause by any party after the date of this Order, it is hereby ORDERED as follows:

1. Any and all unclassified U.S. Army and U.S. Navy Technical Manuals, Technical Orders, Operators Manuals and/or supplements and changes thereto, produced in this case by any party or third party, which contain unclassified, export controlled technical data subject to Executive Order 12470, the Arms Export Control Act, and 32 C.F.R. Part 250 et al., shall be produced subject to the limitations on distribution, dissemination, handling and destruction imposed on such documents by the U.S. Government.

2. All documents produced in this case that consist, in whole or in part, of U.S. Army or U.S. Navy Technical Manuals, Technical Orders, Operators Manuals and/or supplements and changes thereto, as described in paragraph 1 above, shall be treated as confidential and marked as <u>Confidential - Use Restricted by Court Order</u>" and such documents and any

information contained therein shall not be utilized by counsel for any parties except in connection with the trial or preparation for trial of this case.

3. Such documents and any information contained therein shall not be copied, exhibited or disclosed by counsel to any other person prior to the use of such documents or information in the course of any pretrial proceedings or at trial of the above styled proceedings: <u>Provided</u> however, that nothing herein shall prevent the exhibition of such documents or the disclosure of the information contained therein to any of the following:

   a. Independent experts retained by the inspecting parties as consultants or as expert witnesses;

   b. Parties of record in this case;

   c. Clerical and accounting personnel of counsel, parties, consultants and expert witnesses;

   d. The Court.

Disclosure to the foregoing specified parties is expressly authorized, if the inspecting parties' counsel has first obtained the agreement of such persons to be bound by the terms of this Order and they have executed a written agreement in the form of Exhibit "A".

4. To the extent that the transcript of any depositions or hearings, affidavits and exhibits thereto, briefs, motions, or other pleadings or documents filed of record in this case, contain or describe documents covered by this Order, any such documents shall also be subject to the terms of this Order. All confidential information filed by any party with the Court, or any pleading or memorandum which includes or purports to reproduce or

    paraphrase any confidential information, shall be filed only in a sealed envelope or other appropriate sealed container on which shall be marked "<u>Confidential - Use Restricted by Court Order;</u>"

5. At the conclusion of the above styled proceeding, all documents subject to this Order, including any extracts or summaries thereof, or documents containing information taken therefrom shall be either destroyed in such a manner as to prevent disclosure of the contents or reconstruction of the document or returned to counsel for the party producing the same by all persons to whom they have been furnished. All parties in possession of any confidential information shall insure that it is properly stored and secured so as to prevent any unauthorized access or viewing.

SIGNED on this _25th_ day of _March_, 2002.

                            Honorable Hilda G. Tagle
                            United States District Judge

APPROVED:

GENDRY & SPRAGUE, P.C.
645 Lockhill Selma
San Antonio, Texas 78216-5057
Telephone: (210) 349-0511
Telecopier: (210) 349-2760

_____
RON A. SPRAGUE
State Bar No. 18962100

ATTORNEYS FOR DEFENDANT
ITT INDUSTRIES, INC.

HARRIS & WATTS, P.C.
1926 E. Elizabeth
Brownsville, Texas 78520
Telephone: (956) 546-0333
Telecopier: (956) 541-0255

_____
RAY R. MARCHAND
State Bar No. 12969050

ATTORNEYS FOR PLAINTIFFS
Krista Saldana, Individually
and as Representative of the
Estate of David Saldana and
as next friend of Jagger Saldana

Mr. Joe Valle
Attorney at Law
1120 East Tenth Street
Brownsville, Texas 78520
Telephone: (956) 546-2629
Telecopier:(956) 542-4084


_____
JOE VALLE
State Bar No. 20435450

ATTORNEY FOR INTERVENORS
Melquiades Saldana and
Aurelia Saldana

JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-6024
Telecopier: (214) 953-5822


_____
ROBERT F. RUCKMAN
State Bar No. 17367000

ATTORNEYS FOR DEFENDANT
SIKORSKY AIRCRAFT CORP.
SUBSIDIARY OF UNITED TECHNOLOGIES
CORP.

W:\WRY\SALDANA\ORD.PRO

-4-

HARRIS & WATTS, P.C.
1926 E. Elizabeth
Brownsville, Texas 78520
Telephone: (956) 546-0333
Telecopier: (956) 541-0255

---

RAY R. MARCHAND
State Bar No. 12969050

ATTORNEYS FOR PLAINTIFFS
Krista Saldana, Individually
and as Representative of the
Estate of David Saldana and
as next friend of Jagger Saldana

Mr. Joe Valle
Attorney at Law
1120 East Tenth Street
Brownsville, Texas 78520
Telephone: (956) 546-2629
Telecopier:(956) 542-4084

*[signature: Joe Valle]*

JOE VALLE
State Bar No. 20435450

ATTORNEY FOR INTERVENORS
Melquiades Saldana and
Aurelia Saldana

JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-6024
Telecopier: (214) 953-5822

---

ROBERT F. RUCKMAN
State Bar No. 17367000

ATTORNEYS FOR DEFENDANT
SIKORSKY AIRCRAFT CORP.
SUBSIDIARY OF UNITED TECHNOLOGIES
CORP.

W:\WKY\SALDANA\ORD.PRO

-4-

HARRIS & WATTS, P.C.
1926 E. Elizabeth
Brownsville, Texas 78520
Telephone: (956) 546-0333
Telecopier: (956) 541-0255

---

RAY R. MARCHAND
State Bar No. 12969050

ATTORNEYS FOR PLAINTIFFS
Krista Saldana, Individually
and as Representative of the
Estate of David Saldana and
as next friend of Jagger Saldana

Mr. Joe Valle
Attorney at Law
1120 East Tenth Street
Brownsville, Texas 78520
Telephone: (956) 546-2629
Telecopier:(956) 542-4084

---

JOE VALLE
State Bar No. 20435450

ATTORNEY FOR INTERVENORS
Melquiades Saldana and
Aurelia Saldana

JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-6024
Telecopier: (214) 953-5822

_____
ROBERT F. RUCKMAN
State Bar No. 17367000

ATTORNEYS FOR DEFENDANT
SIKORSKY AIRCRAFT CORP.
SUBSIDIARY OF UNITED TECHNOLOGIES
CORP.

W:\WRY\SALDANA\ORD.PRO

-4-

EXHIBIT "A"

I, _____, declare as follows:

    1.   I have read the "ORDER Relating to Confidentiality of Documents," filed on the _____ day of _____, 2001.

    2.   _____, an attorney with the firm of _____, explained to me the meaning and effect of said ORDER. I understand the meaning and effect of the ORDER; agree to abide by and be bound by it; and hereby stipulate to the jurisdiction of the United States District Court for the Southern District of Texas, Brownsville Division, with regard to any proceedings to enforce the terms of the ORDER against me.

_____
SIGNATURE

_____
PRINTED NAME

_____
DATE

-5-