43

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KRISTA SALDANA, Individually and as Representative of the ESTATE OF DAVID SALDANA and as Next Friend of JAGGER SALDANA | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| MELQUIADES SALDANA and AURELIA SALDANA, | § § § | |
| Intervenors, | § § | Civil Action No. B-00-176 |
| v. | § § | |
| ITT INDUSTRIES, SIKORSKY AIRCRAFT CORPORATION, a Subsidiary of UNITED TECHNOLOGIES CORPORATION, the ESTATE OF LT. COL. MARC LEE HOHLE and the ESTATE OF CAPTAIN MATTHEW BRENT THOMAS, | § § § § § § § § | |
| Defendants. | § § | |

### DEFENDANT SIKORSKY AIRCRAFT CORPORATION'S NOTICE OF FILING DESIGNATION OF EXPERT WITNESSES RELATING TO GOVERNMENT CONTRACTOR DEFENSE

NOTICE IS HEREBY GIVEN that on April 29, 2002, Defendant Sikorsky Aircraft Corporation served its designation of expert witnesses relating to government contractor defense pursuant to Rule 26(a)(2) and the Court's Scheduling Order dated October 12, 2001.

Respectfully submitted,
**JACKSON WALKER L.L.P.**
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-6000
Telecopy: (214) 953-5822

By: _____
       ROBERT F. RUCKMAN
       State Bar No. 17367000
       STUART B. BROWN, JR.
       State Bar No. 24006914

ATTORNEYS FOR DEFENDANT SIKORSKY
AIRCRAFT CORPORATION, A SUBSIDIARY
OF UNITED TECHNOLOGIES CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April, 2002, a true and correct copy of the above and foregoing document was served on all counsel of record:

*VIA CERTIFIED MAIL*
*RETURN RECEIPT REQUESTED*
Ray R. Marchan
WATTS & HEARD, L.L.P.
1928 E. Elizabeth
Brownsville, Texas 78520
**ATTORNEY FOR PLAINTIFFS**

*VIA CERTIFIED MAIL*
*RETURN RECEIPT REQUESTED*
Joe Valle
Attorney at Law
120 East 10th Street
Brownsville, Texas 78520
**ATTORNEY FOR INTERVENORS**

*VIA CERTIFIED MAIL*
*RETURN RECEIPT REQUESTED*
Ron A. Sprague
GENDRY & SPRAGUE, P.C.
645 Lockhill Selma
San Antonio, TX 78216-5057
**ATTORNEY FOR ITT INDUSTRIES, INC.**

_____
Robert F. Ruckman

**DEFENDANT SIKORSKY AIRCRAFT CORPORATION'S**
**NOTICE OF FILING DESIGNATION OF EXPERT WITNESSES**
**RELATING TO GOVERNMENT CONTRACTOR DEFENSE – Page 2**

3136764v1