48

United States District Court
Southern District of Texas
FILED

JUL 0 3 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KRISTA SALDANA, Individually and as Representative of the ESTATE OF DAVID SALDANA and as Next Friend of JAGGER SALDANA<br><br>Plaintiff,<br><br>v.<br><br>MELQUIADES SALDANA and AURELIA SALDANA,<br><br>Intervenors,<br><br>v.<br><br>ITT INDUSTRIES, SIKORSKY AIRCRAFT CORPORATION, a Subsidiary of UNITED TECHNOLOGIES CORPORATION, the ESTATE OF LT. COL. MARC LEE HOHLE and the ESTATE OF CAPTAIN MATTHEW BRENT THOMAS,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. B-00-176 |

## AGREED MOTION TO ENTER PARTIES' AGREEMENTS AND REQUEST FOR ENTRY OF REVISED SCHEDULING ORDER

TO THE HONORABLE HILDA G. TAGLE, UNITED STATES DISTRICT JUDGE:

COMES NOW Plaintiff, Intervenors and Sikorsky Aircraft Corporation, a subsidiary of United Technologies Corporation ("Sikorsky"), one of the Defendants in the above-styled and numbered cause, and files this their Agreed Motion to Enter Parties' Agreements and Request for Entry of Revised Scheduling Order and would respectfully show the Court the following:

## I.

On June 25, 2002, Sikorsky filed its Motion to Exclude Plaintiff's and Intervenors' Expert Witness Edward L. Monhollen, Jr. and Brief in Support.

Plaintiff and Intervenors have agreed to withdraw their designation of Edward L. Monhollen, Jr. based on the following terms and conditions:

1. Sikorsky agrees to withdraw its motion to exclude Ed Monhollen based upon Plaintiff's and Intervenors' representation that Mr. Monhollen will no longer serve as either a testifying or consulting expert for Plaintiff or Intervenors in any capacity. In that regard, no materials prepared by Mr. Monhollen, including his expert report, will be reviewed or utilized by a new expert.

2. Sikorsky agrees to a 60 day extension (September 2, 2002) for which Plaintiff and Intervenors may designate a new expert on the government contractor defense issue and an additional 60 days (until November 1, 2002) in which Plaintiff and Intervenors must respond to Sikorsky's Motion for Summary Judgment on the government contractor defense issue. Prior to Plaintiff's and Intervenors' deadline for responding to Sikorsky's summary judgment motion, Sikorsky will produce Chris Lowenstein for his deposition at its facility in Stratford, Connecticut or a location nearby and Plaintiff and/or Intervenors may have their new expert attend such deposition.

3. Sikorsky shall have 30 days after Plaintiff's new designation (October 1, 2002) to designate any additional experts on the government contractor issue.

4. Sikorsky will have 30 days (December 2, 2002) to reply to Plaintiff's and Intervenors' response to Sikorsky's summary judgment motion and Plaintiff and Intervenors will make available their expert for a deposition prior to that date. Sikorsky will also have the opportunity to have a representative attend such deposition.

5. Because of the extensions of the deadlines for the government contractor defense, the parties agree to request that the remainder of the deadlines, including the trial date, be pushed back to accommodate the changes to the schedule.

6. Finally, Sikorsky reserves the right to seek to disqualify or exclude any new expert designated by Plaintiff and Intervenors should Sikorsky believe that there are reasonable grounds for doing so.

## II.

In light of the foregoing agreement, the parties request this Court amend the Scheduling Order entered in this cause to reflect the following:

1. Trial: Estimated time to try: 10 days – Jury

2. New parties must be joined by: 10/31/02

3. Plaintiff's experts will be named with a report furnished:
   a. Gov't Contractor Defense Issue: 9/1/02
   b. All others: 12/6/02

4. Defendants' experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.
   a. Gov't Contractor Defense Issue: 10/1/02
   b. All others: 1/10/02

5. Discovery must be completed by: 2/3/03

6. Dispositive Motions will be filed by: 3/3/03
   a. Gov't Contractor Defense Issue 10/1/02
   b. Plaintiff's Response 11/1/02
   c. Defendants' Reply 12/2/02

7. Joint pretrial order is due: 5/23/03

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: 6/6/03

9. Jury selection is set for 9:00 a.m. on: 6/10/03

WHEREFORE, the parties pray that the Court accept their agreement and amend the scheduling order as requested, and for such other and further relief at law or in equity, to which they must show themselves to be justly entitled.

Respectfully submitted,

By: _____
RAY R. MARCHAN
State Bar No. 12969050
Federal I.D. No. 9522

**WATTS & HEARD, L.L.P.**
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 541-0500
(956) 541-0255 – Facsimile

ATTORNEY FOR PLAINTIFF

By: _____
JOE VALLE
State Bar No. 20435450
Federal I.D. No. 11422

**LAW OFFICES OF JOE VALLE**
1120 East 10th Street
Brownsville, Texas 78520
(956) 546-2629
(956) 542-4084 – Facsimile

ATTORNEY FOR INTERVENORS

By: /s/ Robert F. Ruckman
ROBERT F. RUCKMAN
Attorney-in-Charge
State Bar No. 17367000
Southern District Bar No. 12018

STUART B. BROWN, JR.
Of Counsel
State Bar No. 24006914
Southern District Bar No. 23545

**JACKSON WALKER L.L.P.**
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-6000
Telecopy: (214) 953-5822

ATTORNEYS FOR DEFENDANT SIKORSKY
AIRCRAFT CORPORATION, A SUBSIDIARY OF
UNITED TECHNOLOGIES CORPORATION.

## CERTIFICATE OF SERVICE

I hereby certify that on the ____ day of July, 2002, a true and correct copy of the above and foregoing document was served on all counsel of record:

Ron A. Sprague
GENDRY & SPRAGUE, P.C.
645 Lockhill Selma
San Antonio, TX 78216-5057
ATTORNEY FOR ITT INDUSTRIES, INC.

Joe Valle
Attorney at Law
1120 East 10th Street
Brownsville, Texas 78520
ATTORNEY FOR INTERVENORS

Robert F. Ruckman
JACKSON WALKER, L.L.P.
901 Main St., Suite 6000
Dallas, Texas 75202
ATTORNEY FOR SIKORSKY AIRCRAFT
CORPORATION

_____
Ray R. Marchan

AGREED MOTION TO ENTER PARTIES' AGREEMENTS AND
REQUEST FOR ENTRY OF REVISED SCHEDULING ORDER – Page 6

3178337v1