IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Krista Saldana, individually and as representative of the estate of David Saldana and as next friend of Jagger Saldana, | § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-00-176 |
| ITT Industries, et al., | § § § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED, that on July ___12___, 2002, the Court considered the Parties' Agreed Motion to Enter Parties' Agreements and Request for Entry of Revised Scheduling Order [Dkt. No. 48]. While the Court is not opposed to revision of the scheduling order, the Court **ORDERS** the Parties to resubmit their proposed scheduling order to include a date, agreed upon by the Parties, by which mediation will be completed. The proposed scheduling order shall be submitted to the Court by Monday, July 22, 2002 at 3 p.m. In the event that the Parties do not agree on a date, the Court will set one.

DONE at Brownsville, Texas, this ___12___ day of July 2002.

_____
Hilda G. Tagle
United States District Judge