IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| KRISTA SALDANA, Individually and as Representative of the ESTATE OF DAVID SALDANA and as Next Friend of JAGGER SALDANA<br>Plaintiff,<br><br>v.<br><br>MELQUIADES SALDANA and AURELIA SALDANA,<br>Intervenors,<br><br>v.<br><br>ITT INDUSTRIES, SIKORSKY AIRCRAFT CORPORATION, a Subsidiary of UNITED TECHNOLOGIES CORPORATION, the ESTATE OF LT. COL. MARC LEE HOHLE and the ESTATE OF CAPTAIN MATTHEW BRENT THOMAS,<br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. B-00-176 |

## ORDER GRANTING AMENDED AGREED MOTION TO ENTER PARTIES' AGREEMENTS AND REQUEST FOR ENTRY OF REVISED SCHEDULING ORDER

On this day came on to be considered the Amended Agreed Motion to Enter Parties' Agreements and Request for Entry of Revised Scheduling Order.

The Court, having considered said Motion finds that the Motion should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that the agreements set forth in said Motion between Plaintiff, Intervenors and Defendant Sikorsky Aircraft Corporation are hereby accepted and entered of record.

ORDER GRANTING AMENDED AGREED MOTION
TO ENTER PARTIES' AGREEMENTS AND REQUEST
FOR ENTRY OF REVISED SCHEDULING ORDER - Page 1

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Scheduling Order dated October 12, 2001 is hereby revised as follows:

1. Trial: Estimated time to try: 10 days – Jury

2. New parties must be joined by: 10/31/02

3. Plaintiff's experts will be named with a report furnished:
   a. Gov't Contractor Defense Issue: 9/1/02
   b. All others: 12/16/02

4. Defendants' experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.
   a. Gov't Contractor Defense Issue: 10/1/02
   b. All others: 1/20/03

5. Discovery must be completed by: 3/3/03

6. Dispositive Motions will be filed by: 3/31/03
   a. Gov't Contractor Defense Issue 10/1/02
   b. Plaintiff's and Intervenors' Response 11/1/02
   c. Defendants' Reply 12/2/02

7. Mediation shall be completed by: 5/16/03

8. Joint pretrial order is due: 5/23/03

9. Docket Call and final pretrial conference is set for 1:30 p.m. on: 6/5/03

10. Jury selection is set for 9:00 a.m. on: 6/9/03

SIGNED this 23 day of July, 2002.

_____
HONORABLE HILDA G. TAGLE
United States District Judge

ORDER GRANTING AMENDED AGREED MOTION
TO ENTER PARTIES' AGREEMENTS AND REQUEST
FOR ENTRY OF REVISED SCHEDULING ORDER - Page 2