IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 15 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Krista Saldana, individually and as representative of the estate of David Saldana and as next friend of Jagger Saldana,, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-00-176 |
| ITT Industries, Inc., et. al, | § § | |
| Defendant. | § | |

### ORDER

BE IT REMEMBERED, that on November 14, 2002, the Court considered Defendant ITT Industries, Inc.'s Unopposed Motion to Sever [Dkt. No. 53]. On July 18, 2002, this Court granted ITT Industries, Inc.'s Motion for Summary Judgment on all claims [Dkt. No. 50]. The Court now **SEVERS** Defendant from the above referenced action pursuant to Federal Rule of Civil Procedure 21. Because all parties are in agreement and the Court now determines there is no just reason for delay, final judgment is entered terminating all claims and actions against Defendant ITT Industries, Inc. See Federal Rule of Civil Procedure 54(b).

DONE at Brownsville, Texas, this 14th day of November, 2002.

Hilda G. Tagle
United States District Judge