IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **Krista Saldana, individually and as representative of the estate of David Saldana and as next friend of Jagger Saldana,,** | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-00-176 |
| **ITT Industries, Inc., et. al,** | § § | |
| Defendant. | § | |

## AMENDED ORDER OF SEVERANCE

BE IT REMEMBERED, that on November 15, 2002, the Court amended its November 14, 2002, order of severance and considered Defendant ITT Industries, Inc.'s Unopposed Motion to Sever [Dkt. No. 53]. On July 18, 2002, this Court granted ITT Industries, Inc.'s Motion for Summary Judgment on all claims [Dkt. No. 50]. The Court now **SEVERS** Defendant ITT Industries, Inc. from the above referenced action pursuant to Federal Rule of Civil Procedure 21. Because all parties are in agreement and substantial rights will not be prejudiced by a severance, the Court determines there is no just reason to delay the entry of final judgment.

The claims against ITT Industries, Inc. are hereby severed into a separate proceeding, Civil Action ___B-02-218___, so that the Court's Summary Judgement order of July 18, 2002, may become final with respect to all claims against this defendant.

DONE at Brownsville, Texas, this 15th day of November, 2002.

_____
Hilda G. Tagle
United States District Judge