

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Krista Saldana, individually and as representative of the estate of David Saldana and as next friend of Jagger Saldana, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. B-00-176 |
| ITT Industries, et al., | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

BE IT REMEMBERED, that on March 5, 2003, the Court having granted summary judgment on all causes of action for Defendant Sikorsky Aircraft Corporation, the Court enters final judgment pursuant to Federal Rule of Civil Procedure 58.

DONE at Brownsville, Texas, this the 5th day of ~~February~~ March 2003.

_____
Hilda G. Tagle
United States District Court Judge